UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIONS BANCORPORATION, N.A. d/b/a CALIFORNIA BANK AND TRUST,<br>Plaintiff,<br>v.<br>FUSION ONE LOGISTICS, a California Corporation; and ARTUR MANUKYAN, an individual,<br>Defendants. | No. 2:25-cv-01733-TLN-AC<br><br>**ORDER** |

Plaintiff Zions Bancorporation, N.A. ("Plaintiff") filed the instant civil action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On August 6, 2026, the magistrate judge filed findings and recommendations herein which were served on Plaintiff and which contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days. (ECF No. 28.) Plaintiff has filed objections to the findings and recommendations. (ECF No. 30.)

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

///

///

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 6, 2026 (ECF No. 28), are ADOPTED IN FULL; and

2. Defendants' motion to set aside default (ECF No. 25) is GRANTED and Plaintiff's motion for default judgment (ECF No. 14) is DENIED as moot; and

3. Defendants are ordered to file a responsive pleading to the Complaint within fourteen (14) days of this Order.

IT IS SO ORDERED.

DATE: September 24, 2026

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE